UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60259-CIV-DAMIAN/LOUIS

**KAREN YANEIRE**
**BECERRA OLGUIN,** *et al.*,

    Plaintiffs/Consolidated Plaintiffs,

v.

**SUNBEAM PRODUCTS, INC.** and
**NEWELL BRANDS INC.**,

    Defendants.
_____/

### AMENDED[1] ORDER RE-SETTING HEARING ON MOTIONS

**THIS CAUSE** came before the Court on the following pending motions:

- Defendant Sunbeam Products, Inc.'s Motion for Trial Setting [ECF No. 76];

- Defendant Sunbeam Products, Inc.'s Motion for Sanctions *for Spoliation of Evidence Against Plaintiff* [ECF No. 83];

- Defendant Sunbeam Products, Inc.'s Motions *In Limine* [ECF No. 85];

- Defendant Sunbeam Products, Inc.'s Motion for Reconsideration *of the December 29, 2023 Order Setting a Single Consolidated Trial* [ECF No. 101]; and

- Defendants Sunbeam Products, Inc.'s and Newell Brands Inc.'s Omnibus Motion to Dismiss *Counts III, IV, and V of Plaintiffs' Complaints Pursuant to FRCP 12(b)(6)* [ECF No. 133].

The Court being fully advised, it is

**ORDERED AND ADJUDGED** that this matter is set for a Motion Hearing on **Wednesday, May 1, 2024, at 11:00 a.m.**, in Courtroom 205C at the United States

---

[1] The Court's prior Order is amended as to the hearing date only.

Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301. One hour has been set aside for this hearing. The parties shall be prepared to address all pending motions and scheduling matters.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 3rd day of April, 2024.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:   Counsel of record