**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

KAREN YANEIRE BECERRA OLGUIN,

     Plaintiff,

v.                            **Case No. 22-60259-MD**
                                  ("Master Case")

SUNBEAM PRODUCTS, INC.,

     Defendant.

_____

## <u>NOTICE OF SETTLEMENT</u>

     Plaintiff Karen Yaneire Becerra Olguin (hereinafter "Plaintiff") hereby respectfully submits the following Notice of Settlement:

1.     The parties have successfully negotiated a settlement agreement.

2.     The parties agree that they shall bear their own costs, expenses and attorney's fees incurred in connection with this lawsuit.

3.     The parties are in the process of preparing and finalizing the Settlement Agreement and Voluntary Dismissal, and it is anticipated this case will be finalized in the next 60 days.

     Respectfully submitted,

Date: July 25, 2024           */s/ Lisa A. Gorshe, Esq.*
                         Lisa A. Gorshe, Esq.
                         Michael K. Johnson, Esq., *admitted pro hac vice*
                         Kenneth W. Pearson, Esq., *admitted pro hac vice*
                         Adam J. Kress, Esq. *admitted pro hac vice*
                         Johnson Becker PLLC
                         444 Cedar Street, Suite 1800
                         St. Paul, MN 55101
                         lgorshe@johnsonbecker.com
                         mjohnson@johnsonbecker.com

1

kpearson@johnsonbecker.com
akress@johnsonbecker.com

*Counsel for the Johnson Becker Plaintiffs*

_____