UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

MICHAEL PHILLIP THOMAS,

   Plaintiff,

v.                                          **Case No. 22-60264-MD**

SUNBEAM PRODUCTS, INC.,

   Defendant.

## NOTICE OF UNAVAILABLITY

**COMES NOW** Plaintiff Michael Phillip Thomas who, in light of resolution of *Karen Yaniere Becerra Olguin v. Sunbeam Products, Inc.*, and per the pretrial conference on July 23, 2024, is set for trial in her place. However, it is counsel's understanding that Defendant's counsel is dealing with a personal matter and is therefore unavailable to begin Mr. Thomas' trial on Monday, June 29th. Instead, and considering the conflict, Plaintiff respectfully requests that a telephone conference be held at the Court's convenience to set a trial date for the *Thomas* matter.

Respectfully submitted,

Date: July 25, 2024

*/s/ Lisa A. Gorshe, Esq.*
Lisa A. Gorshe, Esq.
Michael K. Johnson, Esq., *admitted pro hac vice*
Kenneth W. Pearson, Esq., *admitted pro hac vice*
Adam J. Kress, Esq. *admitted pro hac vice*
Johnson Becker PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
lgorshe@johnsonbecker.com
mjohnson@johnsonbecker.com
kpearson@johnsonbecker.com
akress@johnsonbecker.com

***Counsel for the Plaintiff,***
***Michael Phillip Thomas***

1